# Claims Proposed Distribution

### Case: 06-02288 MIKULA, EDWARD J.

Report Includes ONLY Claims with a Proposed Distribution

| Case Balance: | $3,801.91 | Total Proposed Payment: | $3,801.91 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | MARK S. WALLACH | Admin Ch. 7 | 2.16 | 2.16 | 0.00 | 2.16 | 2.16 | 3,799.75 |
| | <2200-00 Trustee Expenses> | | | | | | | |
| | MARK S. WALLACH | Admin Ch. 7 | 950.48 | 950.48 | 0.00 | 950.48 | 950.48 | 2,849.27 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | PENNEY, MAIER & WALLACH | Admin Ch. 7 | 12.72 | 12.72 | 0.00 | 12.72 | 12.72 | 2,836.55 |
| | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | PENNEY, MAIER & WALLACH | Admin Ch. 7 | 747.50 | 747.50 | 0.00 | 747.50 | 747.50 | 2,089.05 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| 1 | M&T Bank | Unsecured | 11,149.13 | 11,149.13 | 0.00 | 11,149.13 | 698.73 | 1,390.32 |
| | Claim Memo: Unsecured; History: 1-1 12/04/2006Claim #1 filed by M&T Bank, total amount claimed: $11149.13 (Fries, Kenneth); (1-1) docs available upon request | | | | | | | |
| 3 | Redlinski Chiropractic History | Unsecured | 52.72 | 52.72 | 0.00 | 52.72 | 3.30 | 1,387.02 |
| | Claim Memo: Unsecured; History: 3-1 12/08/2006Claim #3 filed by Redlinski Chiropractic, total amount claimed: $52.72 (Illig, S.) | | | | | | | |
| 5 | John Stubenbord, MD History | Unsecured | 39.23 | 39.23 | 0.00 | 39.23 | 2.46 | 1,384.56 |
| | Claim Memo: Unsecured; History: 5-1 02/02/2007Claim #5 filed by John Stubenbord, MD, total amount claimed: $39.23 (Brown, B) | | | | | | | |
| 6 | Bank of America, N.A. | Unsecured | 22,092.49 | 22,092.49 | 0.00 | 22,092.49 | 1,384.56 | 0.00 |
| | Claim Memo: Unsecured; History: 6-1 02/16/2007Claim #6 filed by Bank of America, N.A., total amount claimed: $22092.49 (Crawford, Stacey) | | | | | | | |
| | Total for Case 06-02288: | | $35,046.43 | $35,046.43 | $0.00 | $35,046.43 | $3,801.91 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims: | $1,712.86 | $1,712.86 | $0.00 | $1,712.86 | 100.000000% |
| Total Unsecured Claims: | $33,333.57 | $33,333.57 | $0.00 | $2,089.05 | 6.267106% |



RECEIVED
BANKRUPTCY COURT
BUFFALO, N.Y.